**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Rebecca Mae Killian-Alexander and Wilbert R.
Alexander, Defendants,

Of whom Rebecca Mae Killian-Alexander is the
Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001999

———————————

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-237
Submitted June 20, 2019 – Filed June 26, 2019

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes Jr.
PC, of Conway, for Respondent.

Ryan A. Stampfle, of Indigo Family Law, LLC, of Surfside Beach, for the Guardian ad Litem.

———————————

**PER CURIAM:** Rebecca Mae Killian-Alexander appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Killian-Alexander's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

———————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.